1  **TAMI DEWELL JAMES**
   **En Pro Se**
2  **17639 Crabapple Way**
   **Carson, CA 90746**
3  **Telephone: (310) 962-1711**
   **Fax:    (310) 603-9653**
4  *trbsmile1968@yahoo.com*



FILED
CLERK, U.S. DISTRICT COURT

JAN 1 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

JS-6

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

11  **TAMI DEWELL JAMES**          ) CASE NUMBER:
                                   )
12                    Plaintiff )
                                   )        CV13-5240 GAF  (VBKx)
13      Vs.                        )
                                   )  ORDER RE:
14  **ONELEGACY**                  )  **PLAINTIFF'S MOTION/NOTICE**
                                   )  **TO DISMISS WITHOUT**
15                  Defendant(s) )  **PREJIDUCE**
                                   )

20      Comes now the Plaintiff representing her self,

21  undersigned and pursuant to § 1201.29 and Rule 41;

22  requests that the court dismiss this action without

23  prejudice.  Plaintiff requests that the Court relieve

24  plaintiff from any monetary responsibility of any

25  costs, including Attorney fees incurred by Defendant

26  as a result of this complaint filed July 19, 2013.

---

PLAINTIFF'S MOTION/NOTICE TO DISMISS WITHOUT PREJUDICE

1

WHEREFORE, Plaintiff prays as follows:

    1.   Plaintiff's complaint is dismissed without prejudice.

    2.   That Plaintiff is not held responsible for Defendant's attorney fees and costs incurred in connection with this action.

DATED: **January 13, 2014**    BY: _Tami Dewell James_

                                  **Tami Dewell James, En Pro Per**

IT IS SO ORDERED

Dated _____

_____

United States District Judge

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I reside in the County of Los Angeles, State of California. I am over the age of 18 and **not a party to this action**. My address is 1829 East 215th Place, Carson, CA 90745.

On January 15, 2014 I served true copies of the following document(s) described as

**PLAINTIFF'S MOTION/NOTICE TO DISMISS WITHOUT PREJIDUCE**

**On each interested party in this action as stated below:**

> **Philip Ewen**
> **Musick, Peeler & Garrett LLP**
> **One Wilshire Blvd. Suite 2000**
> **Los Angeles, CA 90017**

**BY MAIL:** By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection and mailing following ordinary business practices. The correspondence was deposited with the United States Postal Service on that same day, with postage thereon fully paid at Carson, California, in the ordinary course of business.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on January 15, 2014 at Carson, California.

_Jody Graf_
Jody Graf